AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NEAL NEWMAN,

        Plaintiff,

        v.

TONASKET EMS DISTRICT, a municipal corporation, and MIKE KESSLER,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-296-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff on all Plaintiff's claims.

September 9, 2010          JAMES R. LARSEN
*Date*          *Clerk*

s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters